UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA RAMBARAN<br>148-07 116 Ave.<br>Jamaica, NY 11436<br>　　　　　　　　Plaintiff,<br><br>- against -<br><br>ST. MARY'S Hospital FOR CHILDREN<br>29-01 216TH Street<br>Bayside, NY  11360<br>　　　　　　　　Defendant. | CIVIL ACTION<br>CASE NO.: 08-2386 (LAP)(AJP)<br>**Rule 7.1 Statement** |

　　　　Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrates of this Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the above-named Defendant, ST. MARY'S HOSPITAL FOR CHILDREN, certifies that the Defendant and its parent corporation, St. Mary's Healthcare System for Children, are not publicly held corporations.

Dated:　July 7, 2008
　　　　New York, New York

_____
Daniel C. Moreland, Esq. (DM-2672)
Stefanie R. Munsky, Esq. (SM-0724)
CLIFTON BUDD & DeMARIA, LLP
420 Lexington Avenue, Suite 420
New York, New York 10170
(212) 687-7410

**CERTIFICATE OF SERVICE BY ECF AND FIRST CLASS MAIL**

I certify that on July 7, 2008 I served the foregoing 7.1 Statement upon the following counsel for Plaintiff Lisa Rambaran via ECF and U.S. First Class Mail by depositing a true copy of the same enclosed in a postage-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Post Office within New York State:

>Adam C. Virant, Esq.
>Karpf, Karpf & Virant, P.C.
>Attorneys for Plaintiff
>140 Broadway, 46th Floor
>New York, New York  10005

_____
Stefanie Munsky